IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. 10-00068-CG |
| | * | |
| STEPHEN HOWARD FLETCHER | * | |
| | * | |
| Defendant. | * | |

**FINAL JUDGMENT OF FORFEITURE**

WHEREAS, on August 16, 2010 a Plea Agreement was entered into by the Defendant, STEPHEN HOWARD FLETCHER, to Count Three of the indictment. As a condition of his guilty plea, the defendant, STEPHEN HOWARD FLETCHER, agreed to confess the forfeiture to the United States all property which facilitated any aspect of such illegal activities as set forth in Count Three of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, Defendant, STEPHEN HOWARD FLETCHER, agreed to and confessed to forfeit the following property:

**(1) One Toshiba laptop computer, model number PSM40U07X001, serial number 65084563Q.**

WHEREAS, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting August 19, 2010, on www.forfeiture.gov. A Proof of Publication was filed on September 20, 2010, (Doc. 26), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

1

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED** and **DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) One Toshiba laptop computer, model number PSM40U07X001, serial number 65084563Q.**

IT IS FURTHER **ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

**DONE and ORDERED** this 25th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE